Terry L. Goddard Jr., (State Bar Number: 021793)
LAW OFFICES OF TERRY L. GODDARD JR., PLLC
2030 West Baseline Road, Suite 182-531
Phoenix, AZ 85041
Telephone: (602) 237-8803
Facsimile: (602) 237-8780
Attorney for Debtors
tlglaw@q.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>William M. Grimm<br><br>28316 North 64th Lane<br>Phoenix, AZ 85085<br><br>Last four digits of Social Security Number:<br><br>1321 | Case Number: 2:08-BK-16864-RJH<br><br>Chapter 13<br><br>**NOTICE OF DEBTORS' MOTION TO DETERMINE SECURED STATUS OF WELLS FARGO BANK NV NA AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE** |
| William M. Grimm,<br><br>Movant,<br><br>vs.<br><br>Wells Fargo Bank NV NA,<br><br>Respondent. | |

NOTICE IS HEREBY GIVEN that the above-captioned debtor(s) have filed a MOTION TO DETERMINE SECURED STATUS OF WELLS FARGO BANK NV NA AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE pursuant to Sections 506(a) and 1322(b)(2) of the Bankruptcy Code.

FURTHER NOTICE IS HEREBY GIVEN that an affected lienholder, pursuant to Local Bankruptcy Rule 4003, shall have 14 days after the date of service of the motion and this notice within which to object by filing with the Court a response requesting a hearing and to serve a copy of any such response upon the debtor(s) attorney whose address is:

2030 West Baseline Road, Suite 182-531, Phoenix, AZ 85041

and to serve a copy of the response upon any other affected lienholders named in the debtor(s) motion.

Dated: March 8, 2010　　　　　　　By: /s/ Terry L. Goddard Jr.

　　　　　　　　　　　　　　　　　Terry L. Goddard Jr.
　　　　　　　　　　　　　　　　　2030 West Baseline Road, Suite 182-531
　　　　　　　　　　　　　　　　　Phoenix, AZ 85041
　　　　　　　　　　　　　　　　　Attorney for Debtors

## **MAIL CERTIFICATE**

I hereby certify that on the 8th day of March, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed copies to the appropriate parties including:

| | |
|---|---|
| Russell Brown<br>3838 North Central Avenue<br>Suite 800<br>Phoenix, AZ 85012-1965 | Mark Bosco<br>Tiffany & Bosco<br>2525 East Camelback Road<br>Suite 300<br>Phoenix, AZ 85016 |
| Wells Fargo Bank NV NA<br>P.O. Box 31557<br>Billings, MT 59107 | Wells Fargo Bank NA<br>P.O. Box 14469<br>MAC X2303-04G<br>Des Moines, IA 50306-9655 |
| Wells Fargo Bank NA<br>c/o Corporation Service Company<br>2338 West Royal Palm Road<br>Suite J<br>Phoenix, AZ 85021 | |

By: /s/ Terry L. Goddard Jr.

2