IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 27, 2010



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>William M. Grimm<br><br>28316 North 64th Lane<br>Phoenix, AZ 85085<br><br>Last four digits of Social Security Number:<br><br>1321 | Case Number: 2:08-BK-16864-RJH<br><br>Chapter 13<br><br>**ORDER AVOIDING LIEN ON REAL PROPERTY** |
| William M. Grimm,<br><br>      Movant,<br><br>vs.<br><br>Wells Fargo Bank NV NA,<br><br>      Respondent. | |

On March 8, 2010, Movant filed a motion to value the lien of Wells Fargo NV NA (hereinafter "Lienholder") against the property commonly known as 28316 North 64th Lane, Phoenix, AZ 85085 and more fully described in Exhibit A hereto.

The Court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Movant's motion, the Court hereby orders as follows:

1

1) For purposes of Movant's Chapter 13 Plan only, the Lien is valued at zero. Lienholder does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

2) This order shall become part of Movant's confirmed Chapter 13 Plan.

3) Upon entry of a discharge in Movant's Chapter 13 case, the Lien shall be voided for all purposes and, upon application by Movant, the Court will enter an appropriate form of judgment voiding the Lien.

4) If Movant's Chapter 13 case is dismissed or converted to Chapter 7 before Movant obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

**DATED AND SIGNED ABOVE.**

Notice to be sent through the Bankruptcy Noticing Center "BNC" to the following:

Wells Fargo Bank NV NA
P.O. Box 31557
Billings, MT 59107

Mark Bosco
Tiffany & Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

Wells Fargo Bank NA
c/o Corporation Service Company
2338 West Royal Palm Road
Suite J
Phoenix, AZ 85021

Wells Fargo Bank NA
P.O. Box 14469
MAC X2303-04G
Des Moines, IA 50306-9655

| | |
|---|---|
| 1 | EXHIBIT A |
| 2 | <u>Legal Description</u> |

Lot 9, of Legacy at Boulder Mountain, According to the plat of record in the office of the County Recorder of Maricopa County, Arizona, Recorded in Book 693 of Maps, Page 31.